# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) Case No. CV | |
| vs. | ) | |
| | ) **LITIGATION PLAN FORM** | |
| Defendant(s). | ) | |

# PLEASE INDICATE <u>DATES</u> WHERE APPLICABLE

1. **Expert Witness Disclosure:**

    Plaintiff: _____

    Defendant: _____

    Rebuttal: _____

2. **Amendment to Pleadings, Joinder of Parties, Pre-ADR Discovery deadline:** _____

3. **ADR Conference: Mediation, Arbitration, Settlement Conference (please choose one) to be held by:** _____

4. **Final Discovery Due:** _____

5. **Non-Dispositive & Dispositive Pre-Trial Motions Deadline:** _____
    Responsive Pleadings Due 21 Days from Receipt of Motion
    Reply Pleadings Due 10 Days from Receipt of Response

6. **Proposed Trial Date(s):**

    _____ first preference

    _____ second preference

    _____ third preference

LITIGATION PLAN FORM

7. **Trial: Jury or Court**

8. **Total Projected Number of Days:** _____

9. **Location:** _____

10. **Referral Status:** To be determined by the Court.


_____     _____
Attorney for Plaintiff                              Date


_____     _____
Attorney for Defendant                            Date




7.    LITIGATION PLAN FORM