# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NAMPA CLASSICAL ACADEMY, *et al.*, ) | |
| ) | Case No. CV09-427-S-EJL |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | **JUDGMENT** |
| ) | |
| WILLIAM GOESLING, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Based upon the Court's Memorandum, Decision and Order (Docket No. 43) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's take nothing from the Defendants and this case is **DISMISSED** with prejudice as to the federal claims and without prejudice as to the state law claim presented in the sixth cause of action.

DATED: **May 19, 2010**

Honorable Edward J. Lodge
U. S. District Judge